UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ROLAND PRENDUSHI, Co-Guardian and
Co-Conservator, JANIS PRENDUSHI,
Co-Guardian and Co-Conservator, of
RAJMONDA PRENDUSHI,

CASE NO. 26-
HON.

    Plaintiffs,

vs.

DELTA AIR LINES, INC., AND AIRCO
AVIATION SERVICES, LLC,

    Defendants.
_____/
RUSSELL W. PORRITT II (P38659)
LISA H. LITTON (P42263)
Attorney for Plaintiffs
4190 Telegraph Rd., Suite 2300
Bloomfield Hills, MI 48302
(248) 593-1440; 593-7920 Fax
rporritt@wardanderson.com
llitton@wardanderson.com
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

NOW COME, Plaintiffs, by and through their attorneys, WARD, ANDERSON, PORRITT, BRYANT & ZACHARY, and for their Complaint, states as follows:

### I. JURISDICTION AND VENUE

1. This Court has jurisdiction pursuant to 28 U.S.C. § 1332.

2. Plaintiff Rajmonda Prendushi is a citizen of the State of Michigan.

3. Defendant Delta Air Lines, Inc. is incorporated in Delaware with its principal place of business in Georgia.

4. At all times relevant hereto, Defendant, AirCo Aviation Services, LLC was a foreign limited liability company authorized to transact business and/or regularly

1

conducting business within the State of Michigan. Defendant conducts systematic and continuous business activities within Michigan and derives substantial revenue from such activities. Accordingly, this Court has personal jurisdiction over Defendant and venue is proper pursuant to the applicable provisions of the Michigan Revised Judicature Act.

5. The amount in controversy exceeds $75,000 exclusive of interest and costs.

## II. PARTIES

7. Plaintiff Rajmonda Prendushi is a semi-paraplegic individual requiring a walker and mobility assistance.

8. Plaintiff Roland Prendushi is her husband and brings a derivative claim for loss of consortium.

9. Defendant Delta Air Lines, Inc. is a commercial air carrier engaged in interstate transportation of passengers.

10. Defendant Airco Aviation Services LLC provides passenger assistance services at airports, including LAX, for Delta.

## III. FACTUAL ALLEGATIONS

11. On March 16, 2024, Plaintiffs were passengers on a Delta flight departing from LAX.

12. Rajmonda required mobility assistance.

13. Airco personnel undertook to transfer her from her walker to her assigned seat.

14. Two employees forced her into an aisle chair and removed her walker.

15. While attempting to carry her to her seat, they allowed her right foot to become lodged under a forward seat.

2

16. The employees failed to secure her body and dropped her onto an armrest.
17. She immediately sustained severe pain and later was diagnosed with a fractured coccyx.
18. She experienced elevated blood pressure and acute distress.
19. Delta personnel required Plaintiffs to deplane and obtain medical clearance.
20. On March 17, 2024, Delta rebooked Plaintiffs and seated Rajmonda in bulkhead seats in the middle of the aircraft.
21. She was unable to access restroom facilities.
22. She involuntarily soiled herself, causing humiliation and emotional trauma.
23. Due to tailbone pain, she was forced to use her arms excessively, resulting in shoulder injury.
24. She was unable to use her commode for a period of time and was required to wear diapers.
25. This resulted in painful skin breakdown and rashes.
26. She underwent orthopedic treatment and physical therapy.
27. She continues to suffer pain, emotional distress, and functional limitations.

## COUNT I – NEGLIGENCE (AIRCO)

28. Plaintiffs incorporate paragraphs 1–27.
29. Airco owed Plaintiff a duty to exercise reasonable care in assisting her boarding and seating.
30. Airco breached that duty by:

    a. Failing to properly secure her extremities;

    b. Dropping her during transfer;

    c. Failing to train employees;

    d. Failing to implement safe transfer protocols.

31. As a direct and proximate result, Plaintiff suffered physical injury, humiliation, medical expenses, and pain and suffering.

### COUNT II – NEGLIGENCE (DELTA – DIRECT LIABILITY)

32. Plaintiffs incorporate prior paragraphs.

33. Delta owed Plaintiff, as a common carrier, the highest degree of care.

34. Delta breached that duty by:

    a. Failing to ensure safe boarding assistance;

    b. Improperly seating Plaintiff after known injury;

    c. Failing to accommodate restroom needs;

    d. Negligent supervision of Airco.

35. Plaintiff suffered damages as a result.

### COUNT III – VICARIOUS LIABILITY (DELTA)

36. Plaintiffs incorporate prior paragraphs.

37. Airco employees were acting as agents, apparent agents, and/or under a non-delegable duty of Delta.

38. Delta is vicariously liable for their negligent acts.

### COUNT IV – LOSS OF CONSORTIUM (ROLAND)

39. Plaintiff Roland Prendushi incorporates prior paragraphs.

40. As a result of Defendants' conduct, he has suffered loss of companionship, services, and consortium.

## DAMAGES

WHEREFORE, Plaintiffs seeks the following:

- Past and future medical expenses

- Pain and suffering

- Emotional distress

- Loss of dignity and humiliation damages

- Loss of consortium

- Costs and interest

                                                Respectfully submitted,

                                                WARD, ANDERSON, PORRITT, BRYANT & ZACHARY

                                                By**:** ***/s/ Russell W. Porritt II***
                                                RUSSELL W. PORRITT II (P38659)
                                                LISA H. LITTON (P42263)
                                                Attorney for Plaintiffs
                                                4190 Telegraph Rd., Suite 2300
                                                Bloomfield Hills, MI 48302
                                                (248) 593-1440; 593-7920 Fax
                                                rporritt@wardanderson.com
                                                llitton@wardanderson.com

Dated: March 13, 2026

## **JURY DEMAND**

NOW COMES, Plaintiffs, by and through their attorneys, WARD, ANDERSON, PORRITT, BRYANT & ZACHARY, and hereby demand a trial by jury in this matter.

                          Respectfully submitted,

                          WARD, ANDERSON, PORRITT,
                          BRYANT & ZACHARY

                          By**:** ***/s/ Russell W. Porritt II***
                          RUSSELL W. PORRITT II (P38659)
                          LISA H. LITTON (P42263)
                          Attorney for Plaintiffs
                          4190 Telegraph Rd., Suite 2300
                          Bloomfield Hills, MI 48302
                          (248) 593-1440; 593-7920 Fax
                          rporritt@wardanderson.com
Dated:  March 13, 2026            llitton@wardanderson.com